## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　　Plaintiff<br>　　v.<br><br>CHRISTINA MAE BEAM f/k/a CHRISTINA MAE WILES n/k/a CHRISTINA STAMBAUGH<br>DUSTIN A. WILES<br>　　　　　　　　　　Defendants | Civil Action No:  19-00821 |

### ORDER

AND NOW, this 7th day of July, 2021, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1. That the public sale held on December 03, 2020 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to United States of America, acting through the U.S. Department of Agriculture, Farm Service Agency, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of CHRISTINA MAE BEAM f/k/a CHRISTINA MAE WILES n/k/a CHRISTINA STAMBAUGH and DUSTIN A. WILES in and to the premises sold located at 5720 Conover Road, Taneytown, MD 21787.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

　　　　　　　　　　　　　　　　　　　　　　　　S/Sylvia H Rambo, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court